R. L. Irvin & Company, appellee, v. Wadsworth V. Holmes, appellant. Gen. No. 33,773.

Opinion filed January 6, 1930.

Tinsman & Blocki, for appellant; Harry E. Heeren, of counsel. John William Chapman, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Elizabeth Kellum, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 33,553.

Opinion filed January 6, 1930.

George W. Miller and Arthur J. Donovan, for appellants; Frank L. Kriete and Warner H. Robinson, of counsel. William H. Haynes, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Albert Bartolai, appellee, v. The Willett Company, appellant. Gen. No. 33,586.

Opinion filed January 6, 1930.

Ralph Rosen, for appellant. Rathje & Connor, for appellee; Emmet J. Cleary, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Raymond Moore, appellee, v. Margaret D. Bliss and Jay P. Bliss, appellants. Gen. No. 33,616.

Opinion filed January 6, 1930.

Harold O. Mulks, for appellants. Albert E. Lake, for appellee.

Mr. Justice Matchett delivered the opinion of the court.